

# Fourth Court of Appeals
## San Antonio, Texas

July 16, 2014

No. 04-14-00041-CR

Kyle **MILLER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR5502
Honorable Pat Priest, Judge Presiding

## O R D E R

On July 7, 2014, pro se appellant Kyle Miller advised this court that the exhibits marked Defendant's Exhibit numbers 1–4 in volume 6 of the reporter's record are not exhibits he introduced at trial, and they are in no way connected to his trial or appeal. We construe this portion of his letter as a motion to correct inaccuracies in the reporter's record. *See* TEX. R. APP. P. 34.6(e).

Appellant's motion for correction of the record is GRANTED. We order the court reporter to file a corrected record with this court within FIFTEEN DAYS of the date of this order.

If the parties cannot agree on the appropriate corrections to the record, we ORDER the court reporter to notify this court within TEN DAYS of the date of this order, and this court will issue an appropriate order. *See id.*

Appellant also moved this court to supplement the appellate record with testimony from his first trial—which ended in a mistrial. Appellant's motion to supplement the record with testimony from his mistrial is DENIED.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of July, 2014.



_____

Keith E. Hottle

Clerk of Court